**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF

**City** Boston, Revere, Littleton     **Related Case Information:**

**County** Suffolk and Middlesex

Superseding Ind./ Inf.     Case No.
Same Defendant     New Defendant
Magistrate Judge Case Number 23-mj-01007-DLC
Search Warrant Case Number 22-1522-DLC/23-4023-4026-DHH
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: Daigle, Cory John     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Revere, MA

Birth date (Yr only): 1994    SSN (last4#): 5778    Sex: Male    Race:    Nationality: USA

**Defense Counsel if known:** Carmine Lapore     Address:

**Bar Number**

**U.S. Attorney Information:**

**AUSA** Luke A. Goldworm     Bar Number if applicable 677657

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect:

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☐ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Judge Cabell on 01/19/2023

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/16/2023     Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Daigle, Cory John

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy to make False Statements in Records Required to be kept by a Federal Firearms Licensee | 1 |
| Set 2 | 18 U.S.C. 924(a)(1)(A) and 2 | False Statements in Records Required to Be Kept by a Federal Firearm Licensee; Aiding and Abetting | 1 |
| Set 3 | 18 U.S.C 933(a)(1) | Trafficking in Firearms | 1 |
| Set 4 | 18 U.S.C. 922(o) | Possession of a Machine Gun | 1 |
| Set 5 | 26 U.S.C. 5861(d) | Receipt or Possession of an Unregistered Firearm | 1 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____