**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**  **Category No.** II  **Investigating Agency** ATF

**City** Boston, Revere, Littleton  **Related Case Information:**

**County** Suffolk and Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  23-mj-01009-DLC
Search Warrant Case Number  22-1522-DLC/23-4023-4026-DHH
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Rodriguez, Gustavo Andres  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Boston, MA

Birth date (Yr only): 2002  SSN (last4#): 2786  Sex: Male  Race: _____  Nationality: USA

**Defense Counsel if known:** William Keefe  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Luke A. Goldworm  Bar Number if applicable 677657

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☐ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: Judge Cabell  on  01/19/2023

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/16/2023  Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Rodriguez, Gustavo Andres

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   18 U.S.C. 371 | Conspiracy to make False Statements in Records Required to be kept by a Federal Firearms Licensee | 1 |
| Set 2   18 U.S.C. 924(a)(1)(A) and 2 | False Statements in Records Required to Be Kept by a Federal Firearm Licensee; Aiding and Abetting | 1 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**