UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
     )
V.      )      Criminal No. 23-cr-10072-LTS
     )
CORY JOHN DAIGLE      )

**PETITION TO RETURN OF SURETY**

1. On January 19, 2023, after hearing, the Court released the Defendant on a $10,000.00 dollar Cash Secured Appearance and Compliance Bond.

2. On January 20, 2023 the Defendant posted the cash bail to secure the bond.

3. On January 10, 2025 the Defendant was sentenced to 24 months in prison followed by 3 years of supervised release.

4. The Defendant has completed the incarcerated portion of his sentence and has been released from prison.

Wherefore the defendant respectfully requests that the $10,000.00 surety be returned to him.

Respectfully Submitted
Corey Daigle
By counsel

*/s/ Carmine P. Lepore*
_____
Carmine P. Lepore
Lepore & Hochman, PA
One Sprague Street
Revere, MA 02151
(781) 286-8800
BBO # 564603

April 20, 2026

CERTIFICATE OF SERVICE

I, Carmine Lepore, Esq., attorney for the defendant, John Daigle, hereby certify that I have served this document through the electronic filing system (EFC) on all parties in the above referenced matter.

*/s/ Carmine P. Lepore*

_____

Order Entered: Allowed as unopposed.

Date: 5/11/2026

/s/ Leo T. Sorokin
 Leo T. Sorokin
US District Judge